# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

### Civil Case Number: _____

|  |  |
|---|---|
| Peter Gerold, | : |
| | : |
| Plaintiff, | : |
| vs. | : |
| | : |
| Chase Bank USA, N.A., | : |
| | : |
| Defendant. | : |
| | : |

## COMPLAINT

For this Complaint, Plaintiff, Peter Gerold, by undersigned counsel, states as follows:

## JURISDICTION

1.     This action arises out of Defendant's repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. ("TCPA").

2.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendant transacts business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

## PARTIES

3.     Plaintiff, Peter Gerold ("Plaintiff"), is an adult individual residing in Cape Coral, Florida, and is a "person" as the term is defined by 47 U.S.C. § 153(39).

4.     Defendant, Chase Bank USA, N.A. ("Chase"), is a Delaware business entity with an address of 1209 Orange Street, Wilmington, Delaware 19801, and is a "person" as the term is defined by 47 U.S.C. § 153(39).

## FACTS

5.      Within the last four years, Chase called Plaintiff on his cellular telephone, number 239-XXX-0249 in an attempt to collect a financial obligation (the "Debt") allegedly owed by Plaintiff

6.      At all times mentioned herein, Chase called Plaintiff by using an automatic telephone dialer system ("ATDS" or "predictive dialer") and by using an artificial prerecorded voice.

7.      When Plaintiff answered the calls from Chase, he was met with a prerecorded message.

8.      On or about October 28, 2016, Plaintiff called Chase directly, informed Chase when he would be making repayment of the Debt, and demanded that Chase cease calls to him.

9.      In response, Chase apologized for the calls and stated it would ensure that the prerecorded calls stop.

10.     Nonetheless, the automated calls to Plaintiff's cellular telephone continued.

## COUNT I
## VIOLATIONS OF THE TCPA 47 U.S.C. § 227, et seq.

11.     Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

12.     At all times mentioned herein, Defendant called Plaintiff on his cellular telephone using an ATDS or predictive dialer and/or by using a prerecorded or artificial voice.

13.     Defendant continued to place automated calls to Plaintiff's cellular telephone after being directed by Plaintiff to cease calling and knowing there was no consent to continue the calls.  As such, each call placed to Plaintiff was made in knowing and/or willful violation of the TCPA, and subject to treble damages pursuant to 47 U.S.C. § 227(b)(3)(C).

2

14.     The telephone number called by Defendant was assigned to a cellular telephone service for which Plaintiff incurs charges for incoming calls pursuant to 47 U.S.C. § 227(b)(1).

15.     The calls from Defendant to Plaintiff were not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

16.     Each of the aforementioned calls made by Defendant constitutes a violation of the TCPA.

17.     As a result of each call made in negligent violation of the TCPA, Plaintiff is entitled to an award of $500.00 in statutory damages for each call placed in violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

18.     As a result of each call made in knowing and/or willful violation of the TCPA, Plaintiff is entitled to an award of treble damages in an amount up to $1,500.00 pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays that judgment be entered against Defendant:

1. Statutory damages of $500.00 for each violation determined to be negligent pursuant to 47 U.S.C. § 227(b)(3)(B);

2. Treble damages for each violation determined to be willful and/or knowing pursuant to 47 U.S.C. § 227(b)(3)(C); and

3. Such other and further relief as may be just and proper.

## TRIAL BY JURY DEMANDED ON ALL COUNTS

Dated: March 10, 2017

Respectfully submitted,

*/s/ Stan Michael Maslona*____
Stan Michael Maslona, Esq.
Florida Bar No. 86128
Lemberg Law, LLC

43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
smaslona@lemberglaw.com