# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

PETER GEROLD,

    Plaintiff,

v.

CHASE BANK USA, N.A.,

    Defendant.

_____/

Case No. 2:17-cv-00147-UA-MRM

## NOTICE OF SETTLEMENT

The parties, through their undersigned counsel and pursuant to Local Rule 3.08(a), provide this notice to advise the Court that they have reached a settlement of this action and are now in the process of finalizing and documenting the terms of their agreement.

Dated: May 19, 2017

| **Plaintiff Peter Gerold** | **Defendant Chase Bank USA, N.A.** |
|---|---|
| By: */s/ Stan M. Mastona* <br> Stan M. Maslona, Esq. <br> Florida Bar No. 86128 <br> LEMBERG LAW, LLC <br> 43 Danbury Road, 3rd Floor <br> Wilton, Connecticut 06897 <br> Telephone: (203) 653-2250 <br> Facsimile: (203) 653-3424 <br> Email: smaslona@lemberglaw.com | By: */s/ Daniel C. Shatz* <br> Brian C. Frontino, Esq. <br> Florida Bar No. 95200 <br> Daniel C. Shatz, Esq. <br> Florida Bar No. 94696 <br> STROOCK & STROOCK & LAVAN LLP <br> 200 South Biscayne Boulevard, Suite 3100 <br> Miami, Florida 33131 <br> Telephone: (305) 358-9900 <br> Facsimile: (305) 789-9302 <br> Email: bfrontino@stroock.com; <br> dshatz@stroock.com; <br> lacalendar@stroock.com. |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 19, 2017, a true and correct copy of the foregoing motion was filed and served via the Court's CM/ECF filing system, which will deliver a copy electronically to all counsel of record.

*s/ Daniel C. Shatz*
Daniel C. Shatz

STROOCK & STROOCK & LAVAN LLP • MIAMI • NEW YORK • LOS ANGELES • WASHINGTON, DC
200 SOUTH BISCAYNE BOULEVARD, MIAMI, FL 33131-5323 TEL 305.358.9900 FAX 305.789.9302 WWW.STROOCK.COM
LA 52084115