UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 2:17-cv-00147-UA-MRM

PETER GEROLD,

    Plaintiff,

vs.

CHASE BANK USA, N.A.,

    Defendant.

_____/

## STIPULATION OF DISMISSAL *WITH PREJUDICE*

Plaintiff Peter Gerold and defendant Chase Bank USA, N.A., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action **with prejudice**. Plaintiff Peter Gerold and defendant Chase Bank USA, N.A. shall bear their own costs, including attorneys' fees, related to this action and its dismissal.

Dated: _____July 25_, 2017

| **Plaintiff Peter Gerold** | **Defendant Chase Bank USA, N.A.** |
|---|---|
| By: /s/ *Stan M. Maslona* <br> Stan M. Maslona, Esq. <br> Counsel for Plaintiff | By: /s/ *Daniel C. Shatz* <br> Daniel C. Shatz, Esq. <br> Counsel for Defendant |

- 9 -

LA 52085607

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and correct copy of the foregoing was filed with the Clerk of the Court via CM/ECF and served by electronic mail this 25 day of July, 2017, to:

## SERVICE LIST

Stan M. Maslona, Esq.
Lemberg Law, LLC
43 Danbury Road, 3rd Floor
Wilton, Connecticut 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
Email: smaslona@lemberglaw.com
*Counsel for Peter Gerold*

Brian C. Frontino, Esq.
Daniel C. Shatz, Esq.
Stroock & Stroock & Lavan LLP
200 S. Biscayne Blvd. Suite 3100
Miami, Florida 33131
Telephone: (305) 789-9300
Facsimile: (305) 789-9302
Email: bfrontino@stroock.com
       dshatz@stroock.com
       lacalendar@stroock.com
*Counsel for Chase Bank USA, N.A.*

/s/ *Stan M. Maslona*
Stan M. Maslona, Esq.

LA 52085607